UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY CHRISTOPHER COCHREN, II, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>WHITE CASTLE SYSTEM, INC., et al., )<br>)<br>Defendants. ) | Case No. 4:24-cv-01129-JSD |

## ORDER and MEMORANDUM

On January 17, 2025, this matter was called for status conference. Plaintiff Michael Anthony Christopher Cochren II ("Cochren") appeared in person representing himself *pro se*. Counsel for Defendant White Castle System, Inc. ("White Castle") also appeared in person. Counsel for the Equal Employment Opportunity Commission ("EEOC") appeared via telephone.

At the conference, this Court made a record of Cochren's inappropriate conduct in this matter, as he has contacted or attempted to contact, by telephone or email at all hours of the day and night, this Court's chambers and the clerk's office of the United States District Court, Eastern District of Missouri's approximately one hundred and seventy-nine (179) times from January 1, 2025 to January 17, 2025. More to it, some of these contacts contained references to a court employee's personal information that Cochren purportedly gleaned from her social media account. Also, in the four days following the status conference, Cochren emailed the Court's chambers another seven (7) times,

In this context, on January 21, 2025, the Court issued an Order [ECF No. 63] requiring that that Cochren's contact for all court-related filings and matters shall be restricted, by email or phone, to the Clerk of the Court, Nathan Graves, or the Assistant Clerk of the Court, Lori Miller

1

Young. Also, the Court ordered that any contact shall be limited to once per day between the hours of 9 a.m. to 5 p.m. This Court further ordered that Cochren shall not have any contact with any court employee, shall not follow any court employee on social media, and shall not harass opposing counsel, in any manner whatsoever. The Court defined "court employee" to include, but not be limited to, this Court and his chambers' staff. As such, this Court ordered that Cochren shall not have any contact with this Court or his chambers' staff except in the courtroom while in-person. The Court also admonished Cochren that if he violated any of the Court's orders, this Court may hold him in contempt.

Remarkably, Cochren has violated the Court's January 21 Order. [ECF No. 63] Since its entry, Cochren has directly contacted or attempted to contact this Court's chambers' staff approximately fifty-one (51) times as follows:

1. Between January 17 and January 25, 2025, twelve (12) emails.
2. January 26, 2025, twenty (20) emails between 4:27 a.m. and 11:58 p.m., and,
3. January 27, 2025, nineteen (19) emails between 12:11 a.m. and 1:03 p.m.

Moreover, he has left at least one (1) voice mail with this Court's team of court clerks. Notably, Cochren has also apparently contacted or attempted to contact the Deputy Clerk of Court, Lori Miller Young, twice on January 24, once on January 25, and once on January 27, 2025, in accordance with the January 21 Order. [ECF No. 63]

Accordingly,

**IT IS HEREBY ORDERED** that the Court's January 21, 2025, Order [ECF No. 63] is and remains in effect, and shall remain in effect, unless otherwise ordered by this Court or by operation of law. As such, Cochren shall continue to refrain from contacting, directly or indirectly, court employees, this Court, and this Court's chambers' staff, except as set forth in the January 21 Order. [ECF No. 63] Any additional contact in violation of this Court's January 21 Order and this

2

Order and Memorandum may result in sanctions including, but not limited to, imposition or fines and/or a finding of contempt.

_____
JOSEPH DUEKER
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of January, 2025.